Clayton A. Charlie
Name
545 e 4 ave  Anchorage AK 99501
Mailing address
Anchorage AK 99501
City, State, Zip
907-744-9438
Telephone

**RECEIVED**

MAY 0 4 2017

CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

Clayton Charlie ,
(Enter full name of plaintiff in this action)

Plaintiff,

vs.

C F A ,

_____ ,

_____ ,
(Enter full names of defendant(s) in this action.
Do NOT use *et al.*)

Defendant(s).

Case No. 3:17-cv-00106-TMB
(To be supplied by Court)

**COMPLAINT UNDER
THE CIVIL RIGHTS ACT
42 U.S.C. § 1983**

**(NON-PRISONERS)**

## A. Jurisdiction

Jurisdiction is invoked under 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you
assert jurisdiction under any different or additional authorities, please list them below:

_____

## B. Parties

1. <u>Plaintiff</u>: This complaint alleges that the civil rights of Clayton Charlie ,
(print your name)

who presently resides at 545 e 4 ave Anchorage AK 99501
(mailing address) 99501

were violated by the actions of the individual(s) named below.

2. <u>Defendants</u> (Make a copy of this page and provide same information if you are naming more than 3 defendants):

Defendant No. 1, _C I A_____ is a citizen of
_Ak_____, and is employed as a _Central  Intraagn  Angecy_.
　　(state)　　　　　　　　　　　　　(name)　　　　　　　(defendant's government position/title)

_Yes_ This defendant **personally participated** in causing my injury, and I want **money damages**.
**OR**
_Ys_ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something). _Spying on my body /_
Defendant No. 2, _C I A_____ is a citizen of
　　　　　　　　　　　　(name)　　　　　　　　　　　　　_Brain._
_____, and is employed as a_____.
　(state)　　　　　　　　　　　　(defendant's government position/title)

_____This defendant **personally participated** in causing my injury, and I want **money damages**.
**OR**
_____The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 3,_____ is a citizen of
　　　　　　　　　　　　(name)
_____, and is employed as a_____.
　(state)　　　　　　　　　　　　(defendant's government position/title)

_____This defendant **personally participated** in causing my injury, and I want **money damages**.
**OR**
_____The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

**C. Causes of Action** (You may attach additional pages alleging other causes of action and facts supporting them if necessary.  Make copies of page 5 and rename them pages 5A, 5B, etc. and rename the claims, "Claim 4," "Claim 5, etc.").

Claim 1: On or about __5 years ago__ ~~7/1/2012~~ , my civil right to

(Date)

(due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and unusual punishment, etc. List **only one** violation.)
was violated by __C.I.A.__

(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 1. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 1.):

They put nano micor chips in my food, and thiew geometic feilds They are able to monitor my brain waves & functions of my living Breathing heart Beat & mental statue.

I would like them to stop spying on me with classified ternology inside my Body, I cant do anything about the micro chips in my Body But would like to sue for Bodly harm They have committed on me for 27 million dollars. & like the freedom of thoughts Being personal again & my pricy. restored.

Case 3:17-cv-00106-TMB   Document 1   Filed 05/04/17   Page 3 of 7

Claim 2: On or about _____, my civil right to
_____(Date)

_____
(due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and
unusual punishment, etc. List **only one** violation.)

was violated by _____
_____(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 2.   State what
happened briefly and clearly, in your own words.   Do not cite legal authority or argument.
Describe exactly what each defendant, by name, did to violate the right alleged in Claim 2.):

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

<u>Claim 3</u>: On or about _____, my civil right to

(Date)

_____

(due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and<br>unusual punishment, etc. List <b>only one</b> violation.)

was violated by _____

(Name of the specific Defendant who violated this right)

<u>Supporting Facts</u> (Briefly describe facts you consider important to Claim 3.  State what happened briefly and clearly, in your own words.  Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 3.):

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

PS02 – § 1983 Non-Prisoner
Dec. 2013
Page 5 of 7

**D. Previous Lawsuits**

1. Have you begun other lawsuits in **state or federal court** dealing with the **same facts** involved in this action, **or otherwise relating to your imprisonment**? _____ Yes _✓_ No

2. If your answer is "Yes," describe each lawsuit.

a. Lawsuit 1:

Plaintiff(s):_____

Defendant(s):_____

Name and location of court:_____

Docket number:_____ Name of judge:_____

Approximate date case was filed: _____ Date of final decision: _____

Disposition: _____ Dismissed _____ Appealed _____ Still pending

Issues Raised:_____

b. Lawsuit 2:

Plaintiff(s):_____

Defendant(s):_____

Name and location of court:_____

Docket number:_____ Name of judge:_____

Approximate date case was filed: _____ Date of final decision: _____

Disposition: _____ Dismissed _____ Appealed _____ Still pending

Issues Raised:_____

**F. Request for Relief**

Plaintiff requests that this Court grant the following relief:

1. Damages in the amount of $_____

2. Punitive damages in the amount of $_____

3. An order requiring defendant(s) to _____

4. A declaration that_____

5. Other: _____

Plaintiff demands a trial by jury. _____ Yes _____ No

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that s/he is the plaintiff
in the above action, that s/he has read the above civil rights complaint and
that the information contained in the complaint is true and correct.

Executed at _Anchorage Federal Building_ on _May 4, 2017_
               (Location)                   (Date)

_Clayton Charles_
(Plaintiff's Original Signature)

_____   _____
Original Signature of Attorney (if any)         (Date)

_____
_____
_____
Attorney's Address and Telephone Number