IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| CLAYTON CHARLIE, | |
|---|---|
| Plaintiff, | Case No. 3:17-cv-00106-TMB |
| vs. | |
| CIA, | **JUDGMENT IN A CIVIL CASE** |
| Defendant. | |

     **JURY VERDICT**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 X  **DECISION BY COURT**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this case is DISMISSED with prejudice for failure to prosecute under Federal Rule of Civil Procedure 41(b).

APPROVED:

s/TIMOTHY M. BURGESS
**TIMOTHY M. BURGESS**
United States District Judge

| December 19, 2017 | LESLEY K. ALLEN |
|---|---|
| Date | Clerk of Court |

Jmt - TMB CV- rev. 9-21-16